# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESSICA DELGADO and CARLOS LEVARIO, Individually and as Representatives of the ESTATE OF P.L., a Deceased Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DOREL JUVENILE GROUP, INC.<br><br>Defendant. | §§§§§§§§§§§§§  NO. |

## DOREL JUVENILE GROUP, INC.'S
## CORPORATE DISCLOSURE STATEMENT AND
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.1(c), Dorel Juvenile Group, Inc. states the following:

1. Dorel Juvenile Group, Inc.'s parent company is Dorel U.S.A., Inc., a private holding company.

2. Dorel U.S.A., Inc.'s parent company is Dorel Industries Inc., a publicly traded company.

3. More than ten percent (10%) of the shares of Dorel Industries Inc. are held by Fidelity mutual funds under the management of Fidelity Management and Resources Company.

Dated: June 17, 2015

          Respectfully submitted,

          /s/ _____

          **ANTHONY A. AVEY**
          Texas State Bar No. 00790250
          Email: tavey@aveylaw.com
          AVEY & ASSOCIATES, PLLC
          14255 Blanco Road
          San Antonio, Texas 78216
          Telephone: 210-308-6600
          Facsimile: 210-308-6939

          **ATTORNEYS FOR DEFENDANT,**
          **DOREL JUVENILE GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been forwarded to all known counsel of record as set forth below in compliance with the TEXAS RULES OF CIVIL PROCEDURE on this __17th__ day of June, 2015:

E. Todd Tracy
Stewart D. Matthews
Andrew G. Counts
The Tracy Law Firm
5473 Blair Road, Suite 200
Dallas, Texas 75231
Telephone: (214) 324-9000
Facsimile: (972) 387-2205

          /s/ _____
          Anthony A. Avey